IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| COMMUNITY TRUST BANK | * | CIVIL ACTION NO. 04-2240 |
| VERSUS | * | JUDGE JAMES |
| FIRST NATIONAL BANK | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Withdraw the Reference filed by defendant, First National Bank. (Document No.1) is hereby **DENIED.**

THUS DONE AND SIGNED this 12th day of August, 2005, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE